ECF, RELATED FILED

2007 JUL -3 AM 11: 46

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03622-AKH
### Internal Use Only

**3 07 0732**

In Re: Saltire Industrial, Inc.
Assigned to: Judge Alvin K. Hellerstein
Related Case: 1:06-cv-04451-AKH
Case in other court: USBC-SDNY, 04-B-15389 (BRL)
Cause: 28:157 Motion to Withdraw Reference

Date Filed: 05/07/2007
Jury Demand: None
Nature of Suit: 423 Bankruptcy Withdrawl
Jurisdiction: Federal Question

**In Re**

**Saltire Industrial, Inc.**

**Plaintiff**

**Harry Holt**    represented by  **Alyssa Englund**
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103
(212)-506-5187
Fax: (212)-506-5151
Email: aenglund@orrick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th floor
New York,, NY 10013
212 965 2268
Fax: 212 226 7592
Email: mcolangelo@naacpldf.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatrice Holt**    represented by  **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A CERTIFIED COPY
J. MICHAEL McMAHON,
CLERK
BY _____
DEPUTY CLERK

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Holt-Orsted**     represented by    **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Jasmine Orsted**     represented by    **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Bonita Holt**     represented by    **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**O'Brian Holt**     represented by    **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Brandon Holt**     represented by    **Alyssa Englund**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Colangelo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Holt** | represented by | **Alyssa Englund** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew Colangelo** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bianka Bentley** | represented by | **Alyssa Englund** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew Colangelo** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Demetrius Holt** | represented by | **Alyssa Englund** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew Colangelo** (See above for address) *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Brown** | represented by | **Alyssa Englund** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Matthew Colangelo** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Saltire Industrial, Inc.** | represented by | **Michael S. Etkin** Lowenstein Sandler PC( NYC) 1251 Avenue of The Americas New York, NY 11020 (973)-597-2500 Fax: (973)-597-2400 Email: metkin@lowenstein.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Saltire Industrial, Inc.'s Creditors'
Liquidating Trust**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2007 | 1 | MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE. Bankruptcy Court Case Numbers: 04-B-15389 (BRL). Document filed by Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianka Bentley, Demetrius Holt, David Brown, Harry Holt, Beatrice Holt, Sheila Holt-Orsted. (Attachments: # 1 Motion For Withdrawal Of Reference# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(bkar) (Entered: 05/07/2007) |
| 05/07/2007 | | CASE REFERRED TO Judge Alvin K. Hellerstein as possibly related to 06-cv-4451. (bkar) (Entered: 05/07/2007) |
| 05/07/2007 | | Case Designated ECF. (bkar) (Entered: 05/07/2007) |
| 05/10/2007 | | Mailed letter to the United States Bankruptcy Court - Southern District of New York as notification of filing of Bankruptcy Motion to Withdraw Reference (Case Number: 04-15389 (BRL).) with the U.S.D.C. - S.D.N.Y. and the assignment of S.D.N.Y. Case Number: 07-cv-3622 (UA). (laq) (Entered: 05/10/2007) |
| 05/10/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 05/10/2007) |
| 05/11/2007 | 2 | NOTICE OF APPEARANCE by Matthew Colangelo on behalf of Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianka Bentley, Demetrius Holt, David Brown, Harry Holt, Beatrice Holt, Sheila Holt-Orsted (Colangelo, Matthew) (Entered: 05/11/2007) |
| 05/11/2007 | 3 | RESPONSE in Opposition re: 1 MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE. Bankruptcy Court Case Numbers: 04-B-15389 (BRL).MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE. Bankruptcy Court Case Numbers: 04-B-15389 (BRL). Document filed by Saltire Industrial, Inc.'s Creditors' Liquidating Trust. (Etkin, Michael) (Entered: 05/11/2007) |
| 05/16/2007 | | CASE ACCEPTED AS RELATED. Create association to 1:06-cv-04451-AKH. Notice of Assignment to follow. (kco) (Entered: 05/31/2007) |
| 05/16/2007 | 6 | NOTICE OF CASE ASSIGNMENT to Judge Alvin K. Hellerstein. Judge Unassigned is no longer assigned to the case. (kco) (Entered: 05/31/2007) |
| 05/16/2007 | | Magistrate Judge Henry B. Pitman is so designated. (kco) (Entered: 05/31/2007) |
| 05/16/2007 | | Mailed notice to the attorney(s) of record of case assignment. (kco) |

| | | |
|---|---|---|
| | | (Entered: 05/31/2007) |
| 05/18/2007 | ●4 | REPLY to Response to Motion re: 1 MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE. Bankruptcy Court Case Numbers: 04-B-15389 (BRL) MOTION TO WITHDRAW THE BANKRUPTCY REFERENCE. Bankruptcy Court Case Numbers: 04-B-15389 (BRL). Document filed by Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianka Bentley, Demetrius Holt, David Brown, Harry Holt, Beatrice Holt, Sheila Holt-Orsted. (Englund, Alyssa) (Entered: 05/18/2007) |
| 05/21/2007 | ●5 | CERTIFICATE OF SERVICE of Reply in Support of Motion of the Harry Holt Plaintiffs for Withdrawal of Reference. Document filed by Harry Holt. (Englund, Alyssa) (Entered: 05/21/2007) |
| 06/22/2007 | ●7 | ORDER WITHDRAWING BANKRUPTCY REFERENCE OVER HARRY HOLT CLAIMS AND TRANSFERRING VENUE TO THE MIDDLE DISTRICT OF TENNESSEE (07cv3622) and ORDER GRANTING MOTION FOR RECONSIDERATION AND TRANSFERRING PENDING LITIGATION TO THE MIDDLE DISTRICT OF TENNESSEE (06cv4451); for the reasons stated within, the reference with respect to the Harry Holt claims, and the objections thereto, currently pending in the U.S. Bankruptcy Court for the S.D.N.Y., is withdrawn, and the proceedings are transferred to the U.S. District Court for the Middle District of Tennessee. Further, the litigation captioned Harry Holt, et al v. Scovill, Inc., n/k/a Saltire Industrial, Inc. et al, currently pending as case number CV-1882 on the docket of the Circuit Court of Dickson County, Tennessee, is transferred in its entirety to the United States District Court for the Middle District of Tennessee 28 USC 157(b)(5), 1334(b), and the Clerk of the Court of Dickson County, Tennessee is directed to effect such transfer. (Signed by Judge Alvin K. Hellerstein on 6/22/07) (kco) (Entered: 06/25/2007) |